FILED

FEB 18 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

1 | Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
2 | Orange, CA 92868
Phone (714) 621-0200
3 | Fax   (714) 621-0277

4 |                **United States Bankruptcy Court**
                **Central District of California**
5 |

6 |                                        ) Chapter 13
                                         )
7 | MYTU DO                                ) Case No.: 8:07-bk-10733-TA
                                         )
8 |                                        ) **NOTICE OF UNCLAIMED DIVIDEND**
                                         ) (Bankruptcy Rule 3010)
9 |                                        )
                                         )
10 |                                       )
                                         )
11 |

12 |      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13 |      Please find annexed hereto Check No. **300676** in the sum of **$ .01**

14 | representing an unclaimed dividend in the above-entitled Debtor's estate.

15 | Said sum is paid over to you pursuant to Bankruptcy Rule 3010.  The name and

16 | address of the party entitled to said unclaimed dividend is as follows:

17 |      MYTU DO
      5142 PEARCE DR
18 |      HUNTINGTON BEACH, CA 92649

19 |

20 | Date: February 14, 2010

21 |                     Amrane Cohen, Chapter 13 Standing Trustee

22 |

23 |

24 |

25 |

26 |

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0710733 | MYTU DO | | XXX-XX-4876 | 0.01 | 0.00 | 0.01 |
| | ACCT: | Claim: 00000 | | | | |
| | | TOTALS | | 0.01 | 0.00 | 0.01 |

MYTU DO

BALANCE:                       [0.00  13/00000]
SSN: XXX-XX-4876    SSN:
ACCT:                                    CASE: 0710733
PRINCIPAL:            0.01   INTEREST:            0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE ACTUAL TONE TRUE WATERMARK THAT APPEARS AS BOTH OPENING AND CLOSING WHEN HELD TO THE LIGHT AND AT AN ANGLE EVENLY

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**                SUNTRUST                    64-79                        **0300676**
CHAPTER 13 TRUSTEE                    800-786-8787                611
PO BOX 809                                                                                      Feb 14, 2010
ORANGE, CA  92856
                                                                                      VOID 90 DAYS FROM DATE

********$0.01

**PAY**   Zero And 01/ 100 Dollars

**TO THE**      *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
**ORDER OF**    255 E. TEMPLE STREET
                LOS ANGELES, CA  90012

⑈0300676⑈  ⑆061100790⑆000000575186 2⑈